**The People of the State of Illinois ex rel. T. W. Hall, appellant, v. George Sweazey, appellee.**
Quo warranto to test right of defendant to hold office. Judgment for defendant. Appeal from the Circuit Court of White county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927.
Joe A. Pearce, State's Attorney, and Chas. T. Randolph, for appellant. Roy E. Pearce, for appellee.
Mr. Justice Higbee delivered the opinion of the court.

---

**Edward Johnson, appellee, v. Joseph Feraud and August Feraud, trading as Feraud Brothers, appellants.**
Assumpsit on account stated. Judgment for plaintiff. Appeal from the City Court of Granite City; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed February 19, 1927.
J. C. Steele and Wm. M. P. Smith, for appellants. Bandy & Forth, for appellee.
Mr. Justice Higbee delivered the opinion of the court.

---

**Irene Durbin, appellee, v. Chicago & Eastern Illinois Railway Company, appellant.**
Trespass on the case for personal injuries suffered in automobile colliding with train. Judgment for plaintiff. Appeal from the Circuit Court of Effingham county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927. Rehearing denied March 23, 1927.
Harry S. Parker, George Bauer, Donald B. Craig and Fred H. Kelly, for appellant; Homer T. Dick, of counsel. A. H. Ranes, Byron Piper and Corinne L. Rice, for appellee.
Mr. Justice Higbee delivered the opinion of the court.

---

**William J. Veach, appellee, v. J. W. Stegmeyer and C. D. Robinson. Weber Implement and Automobile Company, appellant.**
Bill for recovery of money fraudulently obtained. Decree for complainant. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927.
T. A. O'Connor, for appellant. T. M. Webb, for appellee.
Mr. Justice Higbee delivered the opinion of the court.